# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYEED MACKLIN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-2215 |
| | : | |
| **AMERICAN ONCOLOGIC HOSPITAL, INC.** *d/b/a* **FOX CHASE CANCER CENTER** | : : : | |

## ORDER

This 4th day of December, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 15, is **DENIED**.

  /s/ Gerald Austin McHugh
United States District Judge