# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYEED MACKLIN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-2215** |
| | : | |
| **AMERICAN ONCOLOGIC HOSPITAL, INC., d/b/a/ FOX CHASE CANCER CENTER** | : : : | : |

## ORDER

This 21st day of January, 2026, for the reasons expressed in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Certify the District Court's Order for Interlocutory Appeal and to Stay Proceedings, ECF 52, is **DENIED.**

　　　　　　　　　　　　　　　　　　　　 /s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　United States District Judge